466 A.2d 712

Commonwealth v. Freeman, Appellant.

Submitted February 17, 1983. Leon Wilbert Tucker, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Order affirmed.